**ANTONELLI KANTOR RIVERA PC**
354 Eisenhower Parkway, Suite 1000
Livingston, NJ 07039
Tel.: 908-623-3676
Fax: 908-866-0336
Jarrid H. Kantor, Esq. - (03532-2006)
Yulieika Tamayo, Esq. - (07124-2013)
Alexander L. Mitchell, Esq. – (47963-2024)
Attorneys for Defendants,
Township of Morris,
Township of Morris Committee,
Donna J. Guariglia, Joseph Vuich, and
Ron Auth

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF MORRIS, NEW JERSEY; TOWNSHIP OF MORRIS COMMITTEE; DONNA J. GUARIGLIA, in her official capacity as Mayor of Morris Township; JOSEPH VUICH, in his official capacity as Consulting Township Engineer; RON AUTH, in his official capacity as Construction Code Official,<br><br>Defendants. | CIVIL ACTION: 2:26-cv-03412-JXN-CF<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the entry of the undersigned as Counsel for

Defendants Township Morris, New Jersey; Township of Morris Committee; Donna

J. Guariglia; Joesph Vuich; and Ron Auth, in the above-captioned matter. All notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the undersigned counsel.

**ANTONELLI KANTOR RIVERA PC**

*/s/ Alexander L. Mitchell*
Alexander L. Mitchell, Esq.

Dated: April 17, 2026

2