**ANTONELLI KANTOR RIVERA PC**
354 Eisenhower Pkwy, Suite 1000
Livingston, New Jersey 07039
Tel.: 908-591-0934
Fax: 908-866-0336
Jarrid H. Kantor – (03532-2006)
Alexander L. Mitchell – (47963-2024)
Attorneys for Defendants
Township of Morris,
Township of Morris Committee,
Donna J. Guariglia, Joseph Vuich, and
Ron Auth

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF MORRIS, NEW JERSEY; TOWNSHIP OF MORRIS COMMITTEE; DONNA J. GUARIGLIA, in her official capacity as Mayor of Morris Township; JOSEPH VUICH, in his official capacity as Consulting Township Engineer; RON AUTH, in his official capacity as Construction Code Official,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 2:26-cv-03412-JXN-CF<br><br>**Civil Action**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under District of New Jersey Local Rule 6.1(b), Defendants Township of

Morris, New Jersey; Township of Morris Committee; Donna J. Guariglia; Joseph

Vuich; and Ron Auth (collectively, "Defendants") and Plaintiff United States of

America ("Plaintiff"), together, (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendants' deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended up to and including **May 29, 2026**.

Good cause exists for this extension as additional time is necessary to allow Defendants sufficient time to respond to Plaintiff's Complaint which involves issues of first impression in the District of New Jersey.  Furthermore, Defendants are in the process of retaining co-counsel to assist in this matter which requires the Township to pass resolutions authorizing representation. Defendants were served a copy of the Complaint on April 2, 2026, and the current deadline to Answer or otherwise move is Apri 23, 2026.  This request is being made before the expiration of the original discovery deadline and no previous extensions have been requested.

        **IT IS SO STIPULATED.**

DATED: April 17, 2026

| | |
|---|---|
| By: */s/ Charles E.T. Roberts* | By: */s/ Jarrid H. Kantor* |
| Charles E.T. Roberts, Esq. | Jarrid H. Kantor, Esq. |
| **U.S. DEPARTMENT OF JUSTICE** | **ANTONELLI KANTOR RIVERA, PC** |
| 950 Pennsylvania Ave., NW | 354 Eisenhower Parkway, Suite 1000 |
| Washington, DC 20530 | Livingston, NJ 07039 |
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| United States of America | Township of Morris, New Jersey; |
| | Township of Morris Committee; |
| | Donna J. Guariglia; |
| | Joseph Vuich; and Ron Auth |
| Date: April 17, 2026 | Date: April 17, 2026 |

## ORDER

Pursuant to the foregoing stipulation extending time for Defendants to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1), and for good cause shown, it is hereby **ORDERED** that:

1. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before May 29, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 20th day of April, 2026.

*/s/ Cari Fais*
_____
HON. CARI FAIS, U.S.M.J.

Presented by:

*/s/ Jarrid H. Kantor*
**ANTONELLI KANTOR RIVERA, PC**
Jarrid H. Kantor, Esq.
354 Eisenhower Parkway, Suite 1000
Livingston, NJ 07039