AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-03412 |
| Township of Morris et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants                                                                     .

Date:    04/29/2026

*Attorney's signature*

Angela Cai (NJ BAR #121692014)
*Printed name and bar number*

413 Washington Ave #174
Belleville, NJ 07109

*Address*

acai@platkinllp.com
*E-mail address*

(973) 561-1952
*Telephone number*

*FAX number*