**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | **Civil Action No. 2:26-cv-03412** |
| v. | **Hon. Julien Xavier Neals, U.S.D.J.** **Hon. Cari M. Fais, U.S.M.J.** |
| **TOWNSHIP OF MORRIS, NEW JERSEY; TOWNSHIP OF MORRIS COMMITTEE; DONNA GUARIGLIA,** *in her official capacity as Mayor of the Township of Morris;* **JOSEPH VUICH,** *in his official capacity as Consulting Township Engineer; and* **RON AUTH,** *in his official capacity as Construction Code Official,* *Defendants.* | |

**CERTIFICATION OF SIMON C. BREWER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Angela Cai
PLATKIN LLP
413 Washington Ave #174
Belleville, NJ 07109
Tel.: (973) 561-1952
Email: acai@platkinllp.com

I, Simon C. Brewer, of full age, hereby certify as follows:

1.      I am counsel at Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043.  I make this Certification in support of Defendants Township of Morris, New Jersey; Township of Morris Committee; Donna Guariglia; Joseph Vuich; and Ron Auth's application for my *pro hac vice* admission in this matter in accordance with Local Rule 101.1(c).

2.      Angela Cai, a partner of Platkin LLP, has entered an appearance for Defendants.  I will be associated in this proceeding with Ms. Cai.

3.      The following lists all bars in which I am admitted, and I certify and swear that I am in good standing in each of these jurisdictions: District of Columbia (admitted 1/26/2026), 901 4th Street, NW, Washington, DC 20001; Connecticut (admitted 1/8/2021; inactive as of 2/9/2026), 95 Washington Street Hartford, CT 06106.

4.      There are no disciplinary proceedings pending against me in any jurisdiction, and there has been no discipline imposed against me by any jurisdiction in the past.  During the pendency of this action, I will promptly notify the Court of any change in standing with any bar and notify the Court immediately if any actions are instituted against me affecting my standing with the bar of any state.

5.      I am representing Defendants in this matter together with Angela Cai of Platkin LLP, who is qualified to practice in the State of New Jersey in accordance with Rule 1:21-2.

6.      As a condition of my admission, I agree to have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

7.      As a condition of my admission, I agree to be bound by and comply with the requirements of all applicable rules, to pay all fees required by Rule 101.1(c)(3), and to make the

appropriate annual payments to the New Jersey Lawyers Fund for Client Protection as provided

by New Jersey Court Rule 1:28-2(a) pursuant to Rule 101.1(c)(2).


I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


Dated: April 30, 2026                              Respectfully Submitted,

                                                   */s/ Simon C. Brewer*
                                                   Simon C. Brewer
                                                   DEMOCRACY FORWARD FOUNDATION
                                                   P.O. Box 34553
                                                   Washington, D.C. 20043
                                                   Telephone: (202) 448-9090
                                                   Facsimile: (202) 796-4426
                                                   Email: sbrewer@democracyforward.org

                                                   *Counsel for Defendants*