**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Civil Action No. 2:26-cv-03412** |
| *Plaintiff,* | **Hon. Julien Xavier Neals, U.S.D.J.** |
| | **Hon. Cari Fais, U.S.M.J.** |
| **v.** | |
| **TOWNSHIP OF MORRIS, NEW JERSEY; TOWNSHIP OF MORRIS COMMITTEE; DONNA GUARIGLIA,** *in her official capacity as Mayor of the Township of Morris;* **JOSEPH VUICH,** *in his official capacity as Consulting Township Engineer; and* **RON AUTH,** *in his official capacity as Construction Code Official,* | **ORDER** |
| *Defendants.* | |

**THIS MATTER** having been opened to the Court by Angela Cai, Esq., of Platkin LLP, attorney for Defendants Township of Morris, New Jersey; Township of Morris Committee; Donna Guariglia; Joseph Vuich; and Ron Auth, for an Order allowing Simon C. Brewer, Esq., to appear and participate *pro hac vice* in this matter; and the Court having considered the moving papers; and there being no opposition thereto; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this **4th** day of **May**, 2026, hereby

**ORDERED** that Simon C. Brewer, Esq., a member in good standing of the Bar of the District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all proceedings, briefs, and other papers filed with the Court shall be signed by Angela Cai, Esq., of Platkin LLP, attorney of record for Defendants, who is admitted to the Bar of this Court and shall be responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Simon C. Brewer, Esq., shall pay the annual fee to the N.J. Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and N.J. Court Rule 1:28-2(a), and that counsel for the moving party shall provide a copy of this Order to the N.J. Lawyers' Fund for Client Protection in accordance with N.J. Court Rule 1:21-2(a); and it is further

**ORDERED** that Simon C. Brewer, Esq., shall make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c) (3); and it is further

**ORDERED** that Simon C. Brewer, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Simon C. Brewer, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Simon C. Brewer, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*/s/ Cari Fais*
HON. CARI FAIS, U.S.M.J.