June 16, 2026

**VIA CM/ECF**

Honorable Julien X. Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *United States v. Township of Morris et al.*, No. 2:26-cv-03412 (JXN-CF)

Dear Judge Neals:

Undersigned counsel represents Defendants in this matter. We write to respectfully request a fourteen-day extension of Defendants' deadline to file their motion to dismiss, which we understand is currently June 23, 2026 per Your Honor's text order entered today dispensing with a premotion conference and Your Honor's Judicial Preferences and Procedures Section IV.A.

Counsel for Defendants request this extension to complete the preparation of their motion and to account for counsel's existing filing obligations in other matters. The parties previously stipulated to an extension of Defendants' deadline pursuant to Federal Rule of Civil Procedure 12. *See* Dkt. 7. The instant requested extension will not affect any other scheduled dates in this matter. The undersigned has conferred with Plaintiff's counsel, who does not oppose the request. If granted, Defendants' deadline to file a motion to dismiss would be **July 7, 2026**.

We thank the Court for its attention to this matter. If this request is acceptable to Your Honor, we respectfully request that you "so order" this letter and direct it to be filed on the docket.

Respectfully submitted,

*/s/ Angela Cai*

| | | |
|---|---|---|
| Matthew J. Platkin | Simon C. Brewer* | Jarrid H. Kantor |
| mplatkin@platkinllp.com | Carrie Y. Flaxman* | Yulieika Tamayo |
| Angela Cai | Elena Goldstein* | Alexander L. Mitchell |
| acai@platkinllp.com | **DEMOCRACY FORWARD** | **ANTONELLI KANTOR RIVERA PC** |
| **PLATKIN LLP** | **FOUNDATION** | 354 Eisenhower Pkwy, Suite 1000 |
| 413 Washington Ave #174 | P.O. Box 34553 | Livingston, NJ 07039 |
| Belleville, NJ 07109 | Washington, D.C. 20043 | Tel: (908) 623-3676 |
| Tel: (973) 561-1951 | Tel: (202) 448-9090 | jkantor@akrlaw.com |
| | sbrewer@democracyforward.org | |

\* Admitted pro hac vice

**So ORDERED on 6/17/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**