**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 2:26-cv-03412-JXN-CF |
| | ) | ***AMICUS CURIAE* BRIEF IN** |
| | ) | **SUPPORT OF DEFENDANTS'** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| TOWNSHIP OF MORRIS, NEW | ) | |
| JERSEY; TOWNSHIP OF MORRIS | ) | |
| COMMITTEE; DONNA J. GUARIGLIA, | ) | |
| in her official capacity as Mayor of Morris | ) | |
| Township; JOSEPH VUICH, in his official | ) | |
| capacity as Consulting Township Engineer; | ) | |
| RON AUTH, in his official capacity as | ) | |
| Construction Code Official | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## TABLE OF CONTENTS

INTRODUCTION AND SUMMARY OF ARGUMENT ........................................1

ARGUMENT ..................................................................................................3

    I.    Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and
        Outdoor Air Quality and Threaten Public Health. .......................................3

    II.   Emissions from gas appliances have significant outdoor air quality impacts
        and present health risks. ..........................................................................10

    III.  Gas Combustion in Buildings Causes Harmful Climate Pollution, In
        Contravention of New Jersey Law and Policy............................................12

    IV.  The United States' faulty reading of EPCA impermissibly affronts the
        Township's authority to regulate. .............................................................14

CONCLUSION ..............................................................................................17

# TABLE OF AUTHORITIES

## Cases

*Ass'n of Contracting Plumbers of the City of N.Y., Inc. v. City of N.Y.,*
  Nos. 25-977 & 25-2041, 2026 WL 1871692
  (2d Cir. June 30, 2026)................................................................15

*Griffin v. Oceanic Contractors, Inc.,*
  458 U.S. 564 (1982) ....................................................................16

*Zahl v. Harper,*
  282 F.3d 204 (3d Cir. 2002)...........................................................15

## Statutes and Regulations

40 C.F.R. § 50.8(a)(1)....................................................................8

40 C.F.R. § 50.8(a)(2)....................................................................8

## Federal Register

California State Implementation Plan Revisions,
  47 Fed. Reg. 29231 (Jan. 7, 1986).................................................16

Clean Air Fine Particle Implementation Rule,
  72 Fed. Reg. 20586 (Apr. 25, 2007)..............................................7

Energy Conservation Program: Energy Conservation Standards for Residential
  Water Heaters, Direct Heating Equipment, and Pool Heaters,
  75 Fed. Reg. 20112 (Apr. 16, 2010)..............................................16

National Ambient Air Quality Standards for Particulate Matter,
  62 Fed. Reg. 38652 (July 18, 1997) ..............................................6

National Ambient Air Quality Standards for Particulate Matter,
  71 Fed. Reg. 61144 (Oct. 17, 2006) ..............................................6

National Primary and Secondary Ambient Air Quality Standards,
  36 Fed. Reg. 8186 (Apr. 30, 1971).................................................5

U.S. EPA, *Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen*,
83 Fed. Reg. 17226 (April 18, 2018) ....................................................................5

**Other Authorities**

Am. Cancer Soc'y, *Benzene and Cancer Risk* (last revised Feb. 1, 2023)................9

Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022). ..........................................................................................10

Am. Pub. Health Ass'n, *Gas Stove Emissions are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022)...10

Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021) ..........................4

Beyond Gas, *Cooking Up Danger: Community Study Reveals Hazardous Nitrogen Dioxide Levels in DC and Maryland Kitchens*
(Nov. 2024) ..........................................................................................................6

Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User* 56 Env't Sci. & Tech. 10258 (June 2022) .................. 3, 4, 9

Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022)...................................3, 9

Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529 (2022).....4

Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017)..............................................................................................................8

Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43 (Jan. 2014) ...................................................................................6

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022) ...................................................................................5

Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231 (2001).................................................................................................................4

Rewiring America, *Breathe Easy* (Dec. 2024) .......................................................12

R. Sehgal et al., *Asthma Control before and after Changing Gas Stoves to Electric Stoves*, 14 J. Allergy & Clinical Immun.: In Practice (Jul. 3, 2026) ...................................4

Tianchao Hu, *et al.*, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences* (Aug. 2012) ...................................................................................................................7

U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning* ...................................8

U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009)...................................................................................................8

U.S. EPA, *Basic Information about NO2* ...................................................................3

U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality* ...............................8

U.S. EPA, *Facts About Formaldehyde* ...................................................................3

U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects* ...................................................................................................................7

U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*...............................4, 9

U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria* (Jan. 2016) ...........................................................................................5

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* (July 2008)...............................................................................................5

U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* (Feb. 2013)....................................................................................11

U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019) ...............................................................................................7

U.S. EPA, *National Emissions Inventory (NEI) Data* (2017) ...................................11

U.S. EPA, Ozone Design Values, 2024 (May 28, 2025)...........................................10

U.S. EPA, *Ozone National Ambient Air Quality Standards (NAAQS)*.....................19

U.S. EPA, *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standard*.........................................................................................9

U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989)........................................................4

U.S. EPA, *What are combustion products?*.............................................................3

U.S. EPA, *What is Ozone?* ........................................................................ 11, 12

Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013)..........................................................2

Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023) ...............................................................................................4

Yannai Kashtan, *et al.*, *Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code* (Dec. 2025) ...................................6

## STATEMENT REGARDING CONSENT TO FILE

All parties in this case have consented to the filing of this *amicus curiae* brief.

## STATEMENT REGARDING AUTHORSHIP AND FUNDING

No party's counsel authored the attached *amicus curiae* brief in whole or in part, and no party or its counsel contributed money to fund the preparation or submission of the attached *amicus curiae* brief.

**STATEMENT OF INTEREST**

Founded in 1892, Sierra Club is a national grassroots environmental organization with roughly 600,000 members nationwide, including over 15,000 members in New Jersey, including those that live in the Township of Morris. Sierra Club's Clean Heat campaign educates the public about the health harms caused by burning methane gas in homes, offices, and buildings and advocates for policies that protect against such harms, such as the Township of Morris' Ordinance 08-22.

The Public Health Law Center is a public interest legal resource center dedicated to improving health through the power of law and policy. The Center helps local, state, national, Tribal, and global leaders promote health by strengthening public policies. These policies include regulations, such as the rule challenged in this case, that reduce indoor and outdoor pollution caused by the combustion of certain fuels. The Center is also concerned with preserving the power of state and local governments to protect their constituents through regulations that protect public health.

**INTRODUCTION AND SUMMARY OF ARGUMENT**

There is an established scientific basis and growing public understanding that methane gas-burning appliances inside our homes, schools, and workplaces are making us sick. While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, more recent

1

studies have uncovered the true extent and severity of the connection. It is now indisputable that gas appliances are a leading source of both indoor and outdoor air pollution. In response, states and localities—including the Township of Morris— have acted on public concern and exercised their authority to transition buildings away from combusting fossil fuels to abate the health, climate, and air quality impacts of pollution from gas appliances.

This pollution exacerbates lung diseases, such as asthma and chronic obstructive pulmonary disease, cardiovascular disease, cognitive deficits and cancer. Children living in homes with gas stoves are 42% more likely to experience asthma symptoms.[1] The United States' newfound expansive reading of the Energy Policy and Conservation Act ("EPCA")'s preemptive reach would run contrary to the Township's authority to address these public health harms pursuant to its valid police powers, and would otherwise create absurd results on a host of other exercises of local authority. Since the Ninth Circuit's decision in *CRA v. Berkeley*, every court to interpret EPCA's preemption provision has rejected the theories and arguments presented by the United States in this case. As such, this Court should grant the Township's motion to dismiss.

---

[1] Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013), https://doi.org/10.1093/ije/dyt150.

## ARGUMENT

### I.    Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.

Termed "natural gas" by industry, the blend of chemicals that is piped into homes and other buildings across the country is primarily composed of methane.[2] The chemical byproducts of combusting gas include the greenhouse gas carbon dioxide, as well as nitrogen dioxide,[3] carbon monoxide, particulate matter, and volatile organic compounds such as formaldehyde.[4] Exposure to these pollutants has been increasingly linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function and

---

[2] Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 Env't Sci. & Tech. 10258, 10258 (June 2022), https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022), https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

[3] "Nitrogen Dioxide (NO2) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. NO2 is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic Information about NO2*, https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2

[4] U.S. EPA, *What are combustion products?*, https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Dec. 4, 2024); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Sept. 11, 2024).

premature death.[5] That these pollutants are generated—and in large part remain—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[6] In addition, gas stoves leak unburned gas containing carcinogenic pollutants—such as benzene—into homes at a near-constant rate, even when they are turned off.[7]

**Nitrogen Dioxide.** The U.S. Environmental Protection Agency ("EPA") has long recognized that nitrogen dioxide, a prevalent pollutant from gas appliances, can exacerbate asthma and likely lead to its development.[8] Exposure to nitrogen

---

[5] Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021); *see also* Ashwini R. Sehgal et al., *Asthma Control before and after Changing Gas Stoves to Electric Stoves*, 14 J. Allergy & Clinical Immun.: In Practice (July 3, 2026), https://www.jaci-inpractice.org/article/S2213-2198(26)00537-4/fulltext.

[6] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated Oct. 22, 2024); Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231, 242 (2001) https://pubmed.ncbi.nlm.nih.gov/11477521/; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989), https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF.

[7] *See* Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529, 2534 (2022), https://pubs.acs.org/doi/10.1021/acs.est.1c04707; Michanowicz, *et al.*, *supra* n.2, at 10266; Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023), https://pubs.acs.org/doi/10.1021/acs.est.2c09289.

[8] National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971); U.S. EPA, *Integrated Science Assessment (ISA) For Oxides*

dioxide is also linked to chronic obstructive pulmonary disease, cardiovascular effects, diabetes, cancer, and reproductive harms.[9] As EPA recognized in 2008, "homes with gas cooking appliances have approximately 50% to over 400% higher [nitrogen dioxide] concentrations than homes with electric cooking appliances."[10] Indeed, scientists at the Lawrence Berkeley National Laboratory demonstrated that up to 70% of residents living in homes with unvented[11] gas cooking appliances are exposed to nitrogen dioxide concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[12] These results mirror *amicus* Sierra Club's findings of elevated nitrogen dioxide levels in kitchens in other states that have adopted policies like that of the Township, including

---

*of Nitrogen – Health Criteria*, lxxxiv-lxxxv (Jan. 2016), https://assessments.epa.gov/isa/document/&deid=310879

[9] *Id.*

[10] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* at 2-38 (July 2008), https://assessments.epa.gov/isa/document/&deid=194645#downloads.

[11] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in NO2 from ventilation and 13% to 44% reductions in other contaminants).

[12] Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43, 47, 49-50 (Jan. 2014), https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17226, 17226-27 (April 18, 2018).

Montgomery County, Maryland and the District of Columbia.[13]  Further, a recent study from Stanford University found gas and propane stoves are a substantial source of residential nitrogen dioxide exposure even when compared with all outdoor sources combined, and concluded that transitioning from gas to electric stoves could cut nitrogen dioxide exposure in the U.S. by over 50%.[14]

*Particulate Matter.* Particulate matter is another form of air pollution generated by gas appliances that poses a unique threat to human health.[15] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[16] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[17] EPA has acknowledged that there is no safe level of $PM_{2.5}$ exposure,[18] and has been linked to premature mortality; heart attacks,

---

[13] *See* Beyond Gas, *Cooking Up Danger* (Nov. 2024), https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/.

[14] Yannai Kashtan, Chenghao Wang, Kari C Nadeau, Robert B Jackson, Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code, *PNAS Nexus*, Volume 4, Issue 12, December 2025, pgaf341, https://doi.org/10.1093/pnasnexus/pgaf341

[15] National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38652, 38653–54 (July 18, 1997).

[16] *Id.* at 38,654.

[17] National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61144, 61146 (Oct. 17, 2006).

[18] U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019), https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534.

strokes, worsening of chronic heart failure, and sudden cardiac death; impaired

fetal and childhood lung function development; acute and chronic decreases in

lung function; respiratory infections; respiratory emergency department visits,

hospitalizations, and deaths; and the development and exacerbation of asthma.[19]

While $PM_{2.5}$ is a byproduct of cooking on both electric and gas stoves, emissions

from gas stoves can be two times higher than from electric stoves.[20]

**Carbon Monoxide.** Carbon monoxide poisoning results in more than 400

deaths and over 100,000 emergency department visits in the United States

annually.[21] Carbon monoxide exposure is also linked to respiratory illnesses and

neurological impairment.[22] According to EPA, homes with gas stoves have higher

---

[19] Clean Air Fine Particle Implementation Rule, 72 Fed. Reg. 20586, 20586-87 (Apr. 25, 2007). *See also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects*, https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last updated July 16, 2024).

[20] Tianchao Hu, *et al.*, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E, 11 (Aug. 2012), https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

[21] U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning*, https://www.cdc.gov/carbon-monoxide/about/index.html; *see also* Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017), https://pubmed.ncbi.nlm.nih.gov/27753502/.

[22] *Id.*

carbon monoxide levels than those without.[23] Indeed, some gas stoves create high indoor carbon monoxide levels that nearly exceed the health-based outdoor ambient air quality standards established by EPA.[24]

**Cancer-Causing Compounds.** In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas appliances also release semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[25] as well as volatile organic compounds, such as formaldehyde[26] and benzene.[27] All of these are linked to cancer and, thus, no safe level of exposure can be recommended. For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers. Short-term exposure to benzene can also cause "drowsiness, dizziness,

---

[23] U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated Dec. 4, 2024).

[24] *See id.* (gas stoves can lead to carbon monoxide concentrations over 30ppm); 40 C.F.R. § 50.8(a)(1),(2) (setting carbon monoxide ambient air quality standard at 9ppm for 8-hour exposure window and at 35ppm for a 1-hour exposure window).

[25] U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009), https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf.

[26] U.S. EPA, *supra* n.6.

[27] Michanowicz, *et al.*, *supra* n. 2, at 10266; Kashtan, *et al.*, *supra* n.14.

headaches, tremors, confusion, and/or unconsciousness."[28] A 2022 study of Boston's gas supply revealed the presence of 296 volatile organic compounds, including 21 hazardous air pollutants.[29] Researchers in California similarly found 12 hazardous air pollutants in gas piped into homes, including benzene in similar concentrations to those in secondhand tobacco smoke.[30]

Given the robust body of scientific literature evidencing these harms, leading national health organizations are recognizing the immense public health risks associated with gas appliances. In June 2022, the American Medical Association stated that it: "(1) recognizes the association between the use of gas stoves, indoor nitrogen dioxide levels and asthma; [and] (2) will inform its members and, to the extent possible, health care providers, the public, and relevant organizations that use of a gas stove increases household air pollution and the risk of childhood asthma and asthma severity; which can be mitigated by reducing the use of the gas cooking stove, using adequate ventilation, and/or using an appropriate air filter."[31]

---

[28] Am. Cancer Soc'y, *Benzene and Cancer Risk*, https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised Feb. 1, 2023).

[29] Michanowicz, *et al.*, *supra* n. 2, at 10258.

[30] Lebel, *et al.*, *supra* n.2, at 15,828, 15828, & 15,835.

[31] Am. Med. Ass'n, House of Delegates Report of Reference Committee D at 16-17, Res. 439, A-22 (2022), https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml.

9

In July 2022, the American Lung Association published a literature review of the impacts of internal residential combustion, finding that gas appliance emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung function in children and other vulnerable populations.[32] In November 2022, the American Public Health Association adopted a policy acknowledging the scientific evidence linking gas stove emissions to negative health effects and called on regulators and policymakers to enact measures to abate gas appliance emissions.[33]

## II.    Emissions from gas appliances have significant outdoor air quality impacts and present health risks.

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well, with most emissions directly vented outdoors. According to data from EPA's National Emissions Inventory, combusting fossil fuels in buildings releases

---

[32] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022), https://www.lung.org/getmedia/2786f983-d971-43ad-962b-8370c950cbd6/ICF_Impacts-of-Residential-Combustion_FINAL_071022.pdf.

[33] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions.

over 250,000 tons per year of carbon monoxide, over 460,000 tons of nitrogen oxides, and more than 15,000 tons of fine particulate matter nationwide.[34]

The consequences of these emissions on ambient air quality are significant and harmful. Ground-level ozone is a highly reactive gas that is formed by interactions between nitrogen oxides and volatile organic compounds, which are emitted by gas-burning equipment and other sources, in the presence of heat and sunlight.[35] Ozone exposure, even short-term exposure, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as premature mortality.[36] These conditions include increased asthma attacks, emergency room visits, hospitalization, and medication for asthma.[37] Rewiring America, an organization that shares data and tools to help Americans cost effectively electrify buildings, published a study finding that substituting electric appliances for fossil fuel appliances that vent outdoors (*i.e.*, space and water heaters and clothes dryers) would produce $40 billion in annual

---

[34] Data from U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq.

[35] U.S. EPA, *What is Ozone?,* https://www.epa.gov/ozone-pollution-and-your-patients-health/what-ozone# (last updated June 20, 2024).

[36] U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* 1-5, Tbl. 1-1 (Feb. 2013), https://ordspub.epa.gov/ords/eims/eimscomm.getfile?p_download_id=511347.

[37] U.S. EPA *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards,* at 3-27 to 3-28, https://www3.epa.gov/ttn/naaqs/standards/ozone/data/20140829pa.pdf.

public health benefits—including 3,400 fewer premature deaths, 1,300 fewer hospital admissions and emergency room visits, and 220,000 fewer asthma attacks.[38] While the health impacts of ozone are ubiquitous, certain populations are at an increased risk, including people with asthma, children, older adults, and outdoor workers.[39]

### III.   Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of New Jersey Law and Policy.

In addition to contributing to harmful outdoor ambient pollution, gas combustion in buildings is a significant source of greenhouse gas emissions. This climate pollution impedes New Jersey's ability to comply with its emissions reduction laws and policies. As described above, methane gas combustion in New Jersey's building sector release carbon dioxide as well as methane—an even more potent greenhouse gas which leaks from gas distribution pipes that supply buildings with this fuel. The building sector comprises a significant share of New Jersey's total greenhouse gas emissions, which according to the New Jersey

---

[38] Rewiring America, *Breathe Easy* (Dec. 2024), https://a-us.storyblok.com/f/1021068/x/f03d441bd0/breathe-easy-report-rewiring-america.pdf.

[39] U.S. EPA, *supra* n.35 at 2-30.

Department of Environmental Protection, results in over 25% of the state's total greenhouse gas emissions in 2022.[40]

As early as 2007, in acknowledging the myriad harms posed by combustion emissions, the New Jersey General Assembly passed the Global Warming Response Act ("GWRA"), which directed reductions in statewide emissions 80% below 2006 levels by 2050.[41] In 2021, Governor Murphy issued Executive Order No. 274, setting an additional state policy of reducing statewide emissions 50% below 2006 levels by 2030.[42] Subsequent implementation policies in New Jersey have incorporate the guiding principle "any meaningful transition of the state's energy system to reduce energy consumption and emissions must also encompass decarbonization – primarily through electrification – of the transportation and building sectors[,]"[43] which would bring about "substantial economic and public health benefits, particularly among the communities most burdened by pollutants, of improved air quality resulting from emission- and pollutant-free transportation, buildings, and electricity."[44] In furtherance of this approach, Governor Murphy

---

[40] New Jersey Department of Environmental Protection, Greenhouse Gas Inventory, 2025 Mid-Cycle Update Report at 8, April 2025, https://dep.nj.gov/wp-content/uploads/ghg/ghg-inventory-mcu-2025-1.pdf
[41] N.J.S.A. 26:2C-38 (2026), P.L. 2007, c. 112.
[42] Executive Order No. 274 (Nov. 10, 2021), 53 N.J.R. 2105(b).
[43] N.J. Bd. of Pub. Utils., 2019 New Jersey Energy Master Plan: Pathway to 2050 at 36 to 37 (2020)(emphasis added), https://nj.gov/emp/pdf/2020_NJBPU_EMP.pdf
[44] *Id.*

issued Executive Order No. 316 in 2023, making it the "policy of the State to advance the electrification of commercial and residential buildings," and directed that existing state programs "provide maximum support for building electrification, with a primary focus on the needs of low- and moderate-income customers."[45]

In this context, and as described in the Township's Motion to Dismiss, the Township enacted Ordinance 08-22 to address the "adverse health effects" associated with the use gas as an energy source, including the "risk of carbon monoxide poisoning[.]" Docket No. 27-1 at 5 (*quoting* Ordinance No. 80-22 pmbl). The Township also sought to align the Ordinance with the state's emissions reduction law and policies, noting the potential for future cost savings. *Minutes of Township Committee Regular Meeting* 4; *see also* Docket No. 27-1 at 5. Thus, the Ordinance serves the dual purpose of furthering the Township's well-established role in protecting its residents from the harms of gas combustion and reducing greenhouse gas emissions from buildings as a critical tool for effectuating the state's laws and policies.

IV.    **The United States' faulty reading of EPCA impermissibly affronts the Township's authority to regulate.**

The Ordinance is not preempted by EPCA because EPCA is chiefly concerned with setting energy efficiency standards for appliances before they reach

---

[45] Executive Order No. 316 (Feb. 15, 2023), 55 N.J.R. 510(a).

14

consumers. *See Ass'n of Contracting Plumbers of the City of N.Y., Inc. v. City of N.Y.,* --- F.4th ---, Nos. 25-977 & 25-2041, 2026 WL 1871692, at *12-13 (2d Cir. June 30, 2026). The Ordinance neither establishes, references, relies upon, nor is connected to any "energy efficiency" or "energy use" standards for any covered appliances, as those terms are defined under EPCA. *Id.* at *3-5 ("[W]e are not at liberty to ignore that the statute defines 'energy use[.]'"). To the contrary, the Ordinance is a valid exercise of the Township's police power, which authorizes the Township to promulgate regulations that protect its residents' public health and safety. As noted in Defendants' Motion, the Third Circuit has explained that the Township has "historic police powers" to regulate "matters of health." *Zahl v. Harper*, 282 F.3d 204, 211 (3d Cir. 2002). By reducing both indoor and outdoor air pollution from buildings, the Ordinance will provide critical public health protections and therefore falls squarely within the Township's police powers.

Moreover, the United States' expansive reading of EPCA's preemptive scope would run contrary to other Congressional enactments that have carefully preserved states' and localities' traditional authority to address outdoor air pollution, including emissions from combustion appliances. *See, e.g.*, 42 U.S.C. § 7401 (finding that "air pollution control at its source is the primary responsibility of States and local governments"); 42 U.S.C. § 7416 (preserving the "right of any State or political subdivision thereof to adopt or enforce (1) any standard or

15

limitation respecting emissions of air pollutants or (2) any requirement respecting control or abatement of air pollution"); 47 Fed. Reg. 29231 (Jan. 7, 1986) (U.S. Environmental Protection Agency approving local emission standards for furnaces in California's Clean Air Act State Implementation Plan); 75 Fed. Reg. 20112, 20133 (Apr. 16, 2010) (U.S. Department of Energy recognizing that local emission standards for water heaters can affect their efficiency).

Accepting the United States' reading of EPCA's preemption provision would disturb a broad array of state and local regulation which would lead to absurd results unintended by EPCA. *Plumbers* at *13 (noting that virtually identical reading would "interpret the preemption provision to preclude state and local prohibitions on covered products" and that it is ". . . far-fetched to conclude that Congress imagined such consequences, let alone *intended* those consequences, when it drafted a preemption provision in a statute that by-and-large imposes energy conservation standards."). These core local regulatory functions would be preempted under the United States' reading of EPCA—"an absurd result that the Court must avoid." *Id.* (rejecting similar EPCA preemption claim as "far-fetched" and leading to "absurd results"); *see also Griffin v. Oceanic Contractors, Inc.*, 458 U.S. 564, 575 (1982). Because no federal law grants any federal agency general authority to regulate indoor air pollution, the United States' interpretation would create a regulatory void, where neither federal nor state or local authorities can act

16

to address the public health threat of gas appliances. EPCA cannot reasonably be read to *sub silentio* preempt this and other important local exercises of police power to protect health and safety.

## CONCLUSION

The undersigned *amici* urge this Court to uphold the Township of Morris' right to protect its residents and their environment by reducing the unsafe, unhealthy pollution stemming from methane gas combustion. For the reasons stated above, *amici* request this Court grant Defendants' Motion and dismiss Plaintiff's claims with prejudice.

Dated: July 14, 2026                              Respectfully Submitted,

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton
Earthjustice
1250 I Street NW, Suite 400
Washington, DC 20001
(202) 793-5820
toberleiton@earthjustice.org

17

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of July 2026, a true and correct copy of the foregoing was served via the Court's electric filing system upon all counsel of record.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton
Earthjustice
1250 I Street NW, Suite 400
Washington, DC 20005
(202) 667-4500
smiller@earthjustice.org

*Counsel for Sierra Club and the Public Health Law Center*